EXHIBIT "A"

**firstsource**

Firstsource Financial Solutions, LLC
7650 MAGNA DRIVE
BELLEVILLE, IL 62223
(618) 235-4700 or (866) 812-3874

STATEMENT DATE:     05/19/11
CLIENT:             See Reverse
ACCOUNT NAME:       Jaime Molina
CLIENT ACCOUNT #:   See Reverse
ACCOUNT #:          6424303
ACCOUNT BALANCE:    $1,019.20

*See Reverse Side for Account Detail*

JAIME MOLINA
955 53RD ST E APT 332
BRADENTON, FL 34208-5894

The above referenced account(s) has been placed with our company for collection.  Please send the balance to Firstsource Financial Solutions, LLC or contact us at (618) 235-4700 or (866) 812-3874.

Please send your payment to the remit address shown below.  The client account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account(s).

PLEASE CALL OUR OFFICE AT (618) 235-4700 or (866) 812-3874
Office Hours (Central Time Zone)
MONDAY - THURSDAY 7:00 A.M. - 9:00 P.M.
FRIDAY 7:00 A.M. - 4:45 P.M.
SATURDAY 8:00 A.M. - 12:00 P.M.

For online payment options please go to http://paybelleville.firstsource.com

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*     Page 1 of 2

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Firstsource Financial Solutions, LLC • 7650 Magna Drive • Belleville, IL 62223    BC1111

IF PAYING BY CREDIT CARD, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ VISA    ☐ MasterCard

7650 MAGNA DRIVE
BELLEVILLE, IL 62223

| CARD NUMBER | | SIGNATURE CODE |
| --- | --- | --- |
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
| 05/19/11 | $1,019.20 | MULTIPLE |

SHOW AMOUNT PAID HERE    $

6424303

☐ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

ADDRESSEE:
6424303/MED-11139/BC1111-  213261554413  2991/0001494/0007

JAIME MOLINA
955 53RD ST E APT 332
BRADENTON, FL 34208-5894

REMIT TO:

Firstsource Financial Solutions, LLC
PO Box 33009
Phoenix, AZ 85067-3009

JAIME MOLINA    MED-11139/6424303/BC1111   213261554413   0001494/0007

| Client Name / Account Name | Client Number | Date of Service | Client Balance | Interest | Collection Charge | Late Fee | NSF / Processing Fee | Total Due |
|---|---|---|---|---|---|---|---|---|
| Lakewood Ranch Medical Center<br>Jaime Molina | 003002565434 | 11/17/10 | $624.00 | N/A | N/A | N/A | N/A | $624.00 |
| Manatee Memorial Hospital<br>Jaime Molina | 001021226467 | 11/15/10 | $395.20 | N/A | N/A | N/A | N/A | $395.20 |

Total Due: $1,019.20

Page 2 of 2

0001494/2992

**IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . . .**

**ABOUT YOU:**

- YOUR NAME (Last, First, Middle Initial)
- ADDRESS
- CITY / STATE / ZIP
- TELEPHONE
- MARITAL STATUS: ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed
- EMPLOYER'S NAME / TELEPHONE
- EMPLOYER'S ADDRESS / CITY / STATE / ZIP

**ABOUT YOUR INSURANCE:**

- YOUR PRIMARY INSURANCE COMPANY'S NAME
- PRIMARY INSURANCE COMPANY'S ADDRESS / PHONE
- CITY / STATE / ZIP
- POLICYHOLDER'S ID NUMBER / GROUP PLAN NUMBER
- YOUR SECONDARY INSURANCE COMPANY'S NAME
- SECONDARY INSURANCE COMPANY'S ADDRESS / PHONE
- CITY / STATE / ZIP
- POLICYHOLDER'S ID NUMBER / GROUP PLAN NUMBER